Nicky Jatana (SBN 197682)
jatanan@jacksonlewis.com
Cynthia J. Emry (SBN 161763)
emryc@jacksonlewis.com
Andranik Tsarukyan (SBN 258241)
andy.tsarukyan@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants
LIFE TIME FITNESS, INC. and LTF
CLUB MANAGEMENT COMPANY, LLC

Brian D. Chase, Esq. (SBN 164109)
bchase@bisnarchase.com
Jerusalem F. Beligan, Esq. (SBN 211258)
BISNAR | CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

Attorneys for Plaintiffs and Putative Classes

*[Additional Counsel Listed on Following
Page]*

## THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISPENS; GREGORY GENTILE; MAI HENRY; individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>      vs.<br><br>LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO. 8:14-cv-01280-AG-DFM**<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO MOVE FOR CLASS CERTIFICATION**<br><br>**(Filed concurrently with [Proposed] Order)**<br><br>Complaint filed: August 12, 2014<br>Complaint served: August 18, 2014<br>Current response date: September 8, 2014<br>New response date: October 8, 2014 |

Branigan A. Robertson, Esq. (SBN 284528)
branigan@brobertsonlaw.com
BRANIGAN ROBERTSON
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 667-3025
Facsimile: (949) 242-9853

Attorneys for Plaintiffs and Putative Classes

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiffs JOHN CHRISPENS, GREGORY GENTILE, and MAI HENRY, individually and on behalf of all others similarly situated ("Plaintiffs"), and defendants LIFE TIME FITNESS, INC. and LTF CLUB MANAGEMENT COMPANY, LLC. ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS on August 12, 2014, Plaintiffs filed the instant civil action against Defendants in the United States District Court for the Central District of California;

WHEREAS Defendants were served with Plaintiffs' Complaint on August 18, 2014;

WHEREAS Defendants' original deadline to file a responsive pleading was September 8, 1014;

WHEREAS the Parties have agreed to a thirty (30) day extension for Defendants to file a responsive pleading to Plaintiff's Complaint up to and including October 8, 2014; and

WHEREAS, the Parties have agreed to extend Plaintiffs' deadline to file their motion for class certification pursuant to L.R. 23-3 until such time as the Court sets a new deadline after the Parties submit a joint recommendation in their report for the initial status conference.

///
///
///
///
///
///
///
///
///

IT IS HEREBY STIPULATED that Plaintiffs' deadline to file their motion for class certification pursuant to L.R. 23-3 is extended until such time as the Court orders after the Parties submit a joint recommendation for a class certification schedule in their report for the initial status conference.

I, Andranik Tsarukyan, attest that all signatories listed concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 8, 2014      BISNAR | CHASE

By:   /s/ Jerusalem F. Beligan
     Brian D. Chase
     Jerusalem F. Beligan

Attorneys for Plaintiffs and Putative Classes

Dated: September 8, 2014      BRANIGAN ROBERTSON

By:   /s/ Branigan A. Robertson
     Branigan A. Robertson, Esq.

Attorneys for Plaintiffs and Putative Classes

Dated: September 8, 2014      JACKSON LEWIS P.C.

By:   /s/ Andranik Tsarukyan
     Nicky Jatana
     Cynthia J. Emry
     Andranik Tsarukyan

Attorneys for Defendants,
LIFE TIME FITNESS, INC. and LTF CLUB
MANAGEMENT COMPANY, LLC

4813-5334-3518, v. 1