THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISPENS; GREGORY GENTILE; MAI HENRY; individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 8:14-cv-01280-AG-DFM**<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO MOVE FOR CLASS CERTIFICATION** |

**HAVING FOUND GOOD CAUSE** after review of the Parties' Stipulation to Extend Time for Plaintiffs to Move for Class Certification, the Court hereby enters the following order:

1. The deadline for Plaintiffs to file their motion for class certification under Local Rule 23-3 is hereby suspended.

2. The Court will set a new deadline for Plaintiffs to file their motion for class certification after the Parties submit a joint recommendation for a class certification schedule in their report for the initial status conference.

**IT IS SO ORDERED**.

DATED: September 09, 2014

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

4810-6813-0846, v. 1