# JS-6

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISPENS; GREGORY GENTILE; MAI HENRY; individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 8:14-cv-01280-AG-DFM**<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**ORDER GRANTING PARTIES' STIPULATION TO TRANSFER ACTION** |

1   **HAVING FOUND GOOD CAUSE** after review of the Parties' Stipulation to Transfer the Action, the Court hereby enters the following order:

1. The instant action in its entirety, including all pleadings, Consents to Join, and all documents filed pending transfer of the physical file, shall be transferred to the United States District Court for the Northern District of Illinois.

2. Defendants shall have no obligation to file a responsive pleading to the instant action.

**IT IS SO ORDERED**.

DATED: October 31, 2014

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

4822-6284-7520, v. 1